SK:ADW
F. #2020R00142

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2020 ★
BROOKLYN OFFICE

**CR 20-00087**

BLOCK, J.

REYES, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

KEITH LEVY,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 875(c) and
3551 et seq.)

THE GRAND JURY CHARGES:

<u>TRANSMISSION OF THREAT TO INJURE</u>

On or about January 27, 2020, within the Eastern District of New York and elsewhere, the defendant KEITH LEVY did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: a communication threatening the life of, and threatening bodily injury to, Jane Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136