AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| U.S.A. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cr-00087 |
| Keith Levy | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Levy

Date:   05/04/2020

*Gordon Mehler*
Attorney's signature

Gordon Mehler, #1880699
*Printed name and bar number*

747 Third Ave, 32nd Floor
New York, NY 10017
*Address*

gmehler@mehlerlaw.com
*E-mail address*

(646) 943-6120
*Telephone number*

(212) 661-8761
*FAX number*