

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

WK:ADW
F. #2020R00142

*271 Cadman Plaza East
Brooklyn, New York 11201*

August 13, 2020

<u>By ECF and Email</u>

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

       Re:    <u>United States v. Keith Levy
                  Criminal Docket No. 20-87 (RPK)</u>

Dear Mr. Mehler:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letter dated March 5, 2020 and May 8, 2020. The government renews its request for reciprocal discovery from the defendant.

       The enclosed contains video recordings taken by surveillance cameras located at 15 Second Avenue in Brooklyn, New York on January 24, 2020, Bates-numbered LEVY000141 – LEVY000144.

       If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                                            Very truly yours,

                                            SETH D. DUCHARME
                                            Acting United States Attorney

                      By:   <u>/s/ Andrew D. Wang</u>
                               Andrew D. Wang
                               Assistant U.S. Attorney
                               (718) 254-6311

Enclosures

cc:    Clerk of the Court (RPK) (by ECF) (without enclosures)