

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB:ADW
F. #2020R00142

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2020

By ECF and Email

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

>   Re:   United States v. Keith Levy
>         Criminal Docket No. 20-87 (RPK)

Dear Mr. Mehler:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter.  This disclosure supplements the government's earlier disclosures under cover of letter dated March 5, 2020, May 8, 2020 and August 13, 2020.  The government renews its request for reciprocal discovery from the defendant.

     The enclosed contains the following:

- A recording of a July 28, 2019 phone call between the defendant and Pharoah Cochrane, an inmate at a Rikers Island jail facility, Bates-numbered LEVY000145; and

- Recordings of phone calls made or received by the defendant between March 31, 2020 and August 12, 2020, while incarcerated at the Metropolitan Detention Center, Bates-numbered LEVY000146.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Andrew D. Wang
Andrew D. Wang
Assistant U.S. Attorney
(718) 254-6311

Enclosures

cc:   Clerk of the Court (RPK) (by ECF) (without enclosures)