

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB:ADW
F. #2020R00142

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2020

By ECF and Email

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

   Re: United States v. Keith Levy
      Criminal Docket No. 20-87 (RPK)

Dear Mr. Mehler:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures under cover of letter dated March 5, 2020, May 8, 2020, August 13, 2020 and October 27, 2020. The government renews its request for reciprocal discovery from the defendant.

  The enclosed contains the following:

- An email from January 26, 2020 to Parole Officer Omari Roberts, Bates-numbered LEVY000147;

- Documents prepared by the Department of Corrections and Community Supervision in connection with parole officers' attempts to locate the defendant on January 27, 2020, Bates-numbered LEVY000148 – LEVY000150;

- A redacted transcript of the February 18, 2020 preliminary hearing on the defendant's then-pending parole violations, Bates-numbered LEVY000151 – LEVY000201;

- A search warrant for certain historical location data and supporting affidavit, Bates-numbered LEVY000202 – LEVY000220; and

- A parole revocation decision notice issued by the New York State Board of Parole, Bates-numbered LEVY000221 – LEVY000224.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                Very truly yours,

                SETH D. DuCHARME
                Acting United States Attorney

By:   /s/ Andrew D. Wang
       Andrew D. Wang
       Assistant U.S. Attorney
       (718) 254-6311

Enclosures

cc:    Clerk of the Court (RPK) (by ECF) (without enclosures)