

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB:ADW  
F. #2020R00142

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 31, 2020

By ECF and Email

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

Christopher D. Wright, Esq.
305 Broadway
Suite 1001
New York, New York 10007

      Re:    United States v. Keith Levy
                 Criminal Docket No. 20-87 (RPK)

Dear Messrs. Mehler and Wright:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures under cover of letter dated March 5, 2020, May 8, 2020, August 13, 2020, October 27, 2020 and November 16, 2020. The government renews its request for reciprocal discovery from the defendant.

      The enclosed contains a draft transcription of a recording of a July 28, 2019 phone call between Pharoah Cochrane, an inmate at a Rikers Island jail facility, and other individuals, including the defendant. The transcript was prepared by the government and is Bates-numbered LEVY000225 – LEVY000235.[1]

---

[1] The government reserves the right to amend, edit or correct the draft transcript.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:  /s/ Andrew D. Wang
Andrew D. Wang
Assistant U.S. Attorney
(718) 254-6311

Enclosure

cc: Clerk of the Court (RPK) (by ECF) (without enclosures)
Defense Counsel