

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2020R00142

271 Cadman Plaza East
Brooklyn, New York 11201

January 27, 2021

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Keith Levy
                   Criminal Docket No. 20-87 (RPK)

Dear Judge Kovner:

       The parties in the above-captioned case are currently scheduled to appear for a telephonic conference on February 8, 2021 at 9:00 a.m. Due to limitations on the number of court appearances via telephone for inmates at the Metropolitan Detention Center ("MDC") each day, the MDC cannot accommodate the defendant's telephonic appearance on this date. Following consultation with defense counsel, the government respectfully requests that the Court reschedule the status conference for February 12, 2021 at 9:00 a.m. or another date convenient for the Court.

                                        Respectfully submitted,

                                        SETH D. DuCHARME
                                        Acting United States Attorney

                      By:    /s/ Andrew Wang
                                        Andrew Wang
                                        Assistant U.S. Attorney
                                        (718) 254-6311

cc:    Clerk of the Court (RPK)
        Defense Counsel (by email)