# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| USA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-CR-00087 (RPK) |
| Keith Levy ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Levy

Date:   9-21-2020

*Attorney's signature*

Christopher Wright #3895182
*Printed name and bar number*
305 Broadway
Suite 1001
New York, NY 10007

*Address*

wrightlawnyc@gmail.com
*E-mail address*

917-992-8701
*Telephone number*

*FAX number*

Print    Save As...    Reset