# WL | Wright Law, LLP
### ATTORNEY AT LAW

---

**305 BROADWAY, SUITE 1001,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

February 27, 2021

Honorable Rachel P. Kovner
United States Court House
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

                Re: <u>United States v. Keith Levy</u>
                DK# 20-CR-00087 (RPK)

Dear Judge Kovner:

      The undersigned and Gordon Mehler represent Keith Levy who is next scheduled to appear before your Honor on March 29, 2021, for a final pre-trial conference and then again on April 5, 2021 for jury trial to commence. ECF Dkt. No. 56 ("Order").

      I write today regarding a long-planned family vacation that I have scheduled from March 28, 2021 until April 4, 2021, that I fear conflicts with the current trial schedule.  The New York City elementary schools are on winter break the week of March 29, 2021, and I am taking my children and my elderly parents to Fort Lauderdale, FL for that entire week.  I am a single father who would be attending to my young children and elderly parents, and frankly cannot envision having the vigor to effectively prepare for Mr. Levy's trial during that week away.

      I, along with Mr. Mehler, respectfully request that this matter be adjourned for one week until April 5, 2021 for the final pre-trial conference and then until April 12, 2021, for the jury trial to commence.  I have discussed this proposed adjournment with AUSA Andrew Wang and he has no objection.

      Thank you for your consideration of this matter.

                                                          Respectfully submitted,
                                                          /s/
                                                          Christopher Wright

      cc: Andrew Wang, AUSA