

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2020R00142

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2021

<u>By ECF and Email</u>

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

Christopher D. Wright, Esq.
305 Broadway
Suite 1001
New York, New York 10007

      Re:    <u>United States v. Keith Levy</u>
                <u>Criminal Docket No. 20-87 (RPK)</u>

Dear Messrs. Mehler and Wright:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures under cover of letter dated March 5, 2020, May 8, 2020, August 13, 2020, October 27, 2020, November 16, 2020 and December 31, 2020. The government renews its request for reciprocal discovery from the defendant.

      The enclosed includes certain certified documents filed in the County Court for Broome County, New York, Bates-numbered LEVY000239 – LEVY000242. Please note that uncertified versions of these documents were previously produced under Bates numbers LEVY000014 and LEVY000121.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By:   /s/ Andrew D. Wang
Andrew D. Wang
Assistant U.S. Attorney
(718) 254-6311

Enclosure

cc:   Clerk of the Court (RPK) (by ECF) (without enclosures)