

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB:ADW
F. #2020R00142

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 1, 2021

<u>By Email and ECF</u>

Gordon Mehler, Esq.
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017

Christopher Wright, Esq.
305 Broadway, Suite 1001
New York, New York 10007

      Re:   <u>United States v. Keith Levy</u>
            <u>Criminal Docket No. 20-87 (RPK)</u>

Dear Messrs. Mehler and Wright:

      Enclosed by email please find the government's supplemental production pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material"). The enclosed production includes an FBI CAST Report of Historical Cell Site Analysis, as prepared by FBI Special Agent James Wines and marked as 3500-JW-3.

      The government does not concede the relevance, materiality or admissibility of the 3500 material, or the information disclosed therein. The government reserves the right to amend, supplement or alter the previously produced list of 3500 material, and to withdraw or supplement the 3500 material prior to trial. The government continues to request reciprocal discovery from the defendant.

      Very truly yours,

      MARK J. LESKO
      Acting United States Attorney

By:   /s/ Andrew Wang
      Andrew Wang
      Assistant U.S. Attorney
      (718) 254-6311

cc:   Clerk of the Court (RPK) (by ECF)