# WL | Wright Law, LLP
ATTORNEY AT LAW

---

305 BROADWAY, SUITE 1001,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
chris@wrightmarinelli.com
www.wrightlaw.nyc

April 4, 2021

**By ECF**
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 1201

   Re: ***United States v. Keith Levy***
      **20-CR-87 (RPK)**

Dear Judge Kovner:

 I respectfully write the Court to permit Keith Levy to receive non-prison clothing at the Metropolitan Detention Center that he can wear during his upcoming trial. Enclosed is an Order for that purpose.

 Thank for your time and consideration.

            Sincerely,
            /s/
            Christopher Wright, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           20-CR-87 (RPK)

-against-

KEITH LEVY,                                                           ORDER

       Defendant.
-------------------------------------------------------x

      Upon the application of Christopher Wright , attorney for the above named defendant, and upon all proceedings previously submitted herein, it is hereby

      ORDERED, that the defendant Keith Levy will be permitted to receive non-prison clothing at the Metropolitan Detention Center (MDC) Bureau of Prisons to wear for his trial, scheduled to begin on April 12, 2021. He is permitted to receive two pairs of pants, two shirts, a suit jacket, one tie, three pairs of socks, three pairs of underwear and a pair of shoes to wear to Court.

      IT IS FURTHER ORDERED, that MDC permit Mr. Levy to wear such clothing to Court and that U.S. Marshall Service accept and transport Mr. Levy to Court wearing such clothing on April 12, 2021 and every date thereafter until the trial is concluded.

Dated: Brooklyn, New York
       April _5_ , 2021

                                                       /S/ *Rachel Kovner*
                                                     HONORABLE RACHEL P. KOVNER