UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KEITH LEVY,

             Defendant.

No. 20-CR-87 (RPK)

- - - - - - - - - - - - - - - - - X

## COUNT ONE
(Transmission of Threat to Injure or Kill)

How do you find the defendant KEITH LEVY?

NOT GUILTY [circled, then scribbled out] ✓          GUILTY _____

Dated: April 15th, 2021
(Month) (Date) (Year)
*Brooklyn, New York*