AO 245A (Rev. 12/03) Judgment of Acquittal

# United States District Court

**Eastern** DISTRICT OF **New York**

UNITED STATES OF AMERICA

v.

**Keith Levy**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: **20cr.00087 (RPK)**

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

**Rachel P. Kovner, USDJ**
Name of Judge / Title of Judge

**April 15, 21**
Date